**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** : | |
|     Petitioner, : | |
| : | |
| vs. : | **CIVIL ACTION 09-0695-KD-M** |
| : | |
| **FBI,** : | |
|     Respondent. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 7, 2009 is hereby **ADOPTED** as the opinion of this Court. The undersigned also finds that there are no grounds to appeal this determination. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **11th** day of **January 2010.**

                                                   /s/ Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**